THE STATE OF OHIO, APPELLANT, *v*. DAVIS, APPELLEE.

[Cite as *State v. Davis,* 134 Ohio St.3d 592, 2012-Ohio-5761.]

*Court of appeals' judgment affirmed on the authority of* State v. Howard.

(Nos. 2012-1514 and 2012-1528—Submitted December 4, 2012—Decided December 7, 2012.)

APPEAL from and CERTIFIED by the Court of Appeals for Cuyahoga County, No. 97636, 2012-Ohio-3570.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Daniel T. Van and James M. Rice, Assistant Prosecuting Attorneys, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellee.

_____